UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACK T. HYDER,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　　　Respondent. | No. C13-5424 RBL/KLS<br><br>ORDER DIRECTING SUBSTITUTION OF PARTY |

　　　　Mr. Hyder has filed a petition for writ of habeas corpus naming the State of Washington at Respondent. ECF No. 3. The proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). According to his petition, Mr. Hyder is currently confined at the Stafford Creek Corrections Center, Aberdeen, Washington. The Superintendent of the Stafford Creek Corrections Center is Patrick Glebe.

　　　　Accordingly, the Clerk of Court is directed to substitute Patrick Glebe as the Respondent in this action. The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

　　　　**DATED** this 8th day of July, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Karen L. Strombom_
　　　　　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1