UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACK T. HYDER,

                    Petitioner,

        v.

PATRICK GLEBE,

                    Respondent.

CASE NO. C13-5424 RBL-KLS

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, Respondent's Answer, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

   (1)     The Court adopts the Report and Recommendation;

   (2)     Petitioner's § 2254 amended habeas petition is **denied on the merits and dismissed with prejudice.**

   (3)     Petitioner is **DENIED** issuance of a certificate of appealability; and

   (4)     The Clerk is directed to send copies of this Order to the parties and to the Hon. Karen L. Strombom.

   **DATED** this 17th day of January, 2014.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE